IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03313-WYD-KLM

RAUL GARCIA,

    Plaintiff,

v.

FIRST NATIONAL COLLECTION BUREAU, INC., a Nevada corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT, having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, hereby

ORDERS that this case is **DISMISSED WITH PREJUDICE**, with each party to pay his or its own attorney's fees and costs.

Dated:  February 19, 2014.

                BY THE COURT:

                /s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                SENIOR UNITED STATES DISTRICT JUDGE